IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry E. McClure,

    Plaintiff(s),

vs.

Hukariascendent, Inc.,

    Defendant(s).

Case Number: 1:18cv873

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 15, 2019 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 29, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to compel arbitration and dismiss (Doc. 12) is GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court