# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Jerry E. McClure
    Plaintiff(s),

vs

Hukariascendent, Inc.

    Defendant(s)

Case Number: 1:18-cv-873

(Dlott)

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** The Court has reviewed the Report and Recommendations [16] and hereby ADOPTS said Report and Recommendation. Accordingly, defendant's motion to compel arbitration and dismiss [12] is GRANTED. This case is hereby TERMINATED from the docket of this Court.

September 5, 2019

Richard W. Nagel, Clerk of Court

By  s/Jennifer Webster
    Deputy Clerk